ENTERED
AUG 7 - 2003

AO450 - Judgment in a Civil Case

FILED
AUG - 7 2003
LARRY W. PROPES, CLERK
CHARLESTON, SC

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

HELEN F. DAVIS

vs.

CHARLESTON COUNTY SCHOOL DISTRICT

**SUMMARY JUDGMENT IN A CIVIL CASE**

Case Number: C/A2:02-578-18

**[X] Decision by Court.** This action came before the Court, Honorable David C. Norton, District Judge, presiding. The court having adopted the Magistrate Judge Carr's Report and Recommendation, and the defendant's motion for summary judgment having been accepted and granted.

**IT IS ORDERED AND ADJUDGED** that summary judgment is entered for the defendant, Charleston County School District, that plaintiff take nothing, that the complaint be dismissed without prejudice.

LARRY W. PROPES, Clerk

By_____
Deputy Clerk

August 7, 2003

49