**FILED**

NOV 25 2003

LARRY W. PROPES, CLERK
CHARLESTON, SC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| HELEN F. DAVIS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLESTON COUNTY SCHOOL ) <br> DISTRICT, ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. 2:02-0578-18AJ |

## STIPULATION OF DISMISSAL

Pursuant to the Federal Rules of Civil Procedure 41(a)(1), it is hereby stipulated by and between the parties that the within action is hereby discontinued and ended, that the complaint herein be, and the same is hereby, dismissed with prejudice.

WE SO STIPULATE:

| CHALMERS JOHNSON LAW FIRM | ROSEN, ROSEN & HAGOOD, L.L.C. |
|---|---|
| By: _____ <br> Chalmers C. Johnson <br> P. O. Box 731 <br> Charleston, SC  29402 <br><br> (843)723-8288 | By: _____ <br> Alice F. Paylor <br> 134 Meeting Street, Suite 200 <br> Post Office Box 893 <br> Charleston, SC  29402 <br> (843)577-6726 |
| Attorneys for the Plaintiff | Attorneys for the Defendant |

Dated: 11/25 , 2003

